**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-6130**

CHRISTOPHER CORNELIUS TAYLOR,

Plaintiff - Appellant,

versus

JAMES M. TURPIN, Dr., Physician at Marion
Correctional Institution; EMIDIO J. FELICIONE,
Doctor at Central Prison; ELLA MARKLAND, M.D.,
Doctor at Marion Correctional Institution;
NURSE CONDREY, a Registered Nurse at Marion
Correctional Institution; THE UTILIZATION
REVIEW BOARD, Board of Doctors at Central
Prison (names unknown); JOHN MORGAN; P. A.
CREENSHAW, Physician at Central Prison,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Graham C. Mullen, Chief
District Judge. (CA-02-283-MU-1)

Submitted: March 6, 2003          Decided: March 17, 2003

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher Cornelius Taylor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Christopher Cornelius Taylor appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Taylor v. Turpin</u>, No. CA-02-283-MU-1 (W.D.N.C. filed Dec. 30, 2002, entered Jan. 3, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>